

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,113

### EX PARTE JIMMIE HOWARD FOXWORTH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-24,162-AA IN THE 217ᵀᴴ DISTRICT COURT
### FROM ANGELINA COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to sixty years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Foxworth v. State*, No. 10-04-209-CR (Tex. App.–Waco, delivered September 21, 2005).

Applicant contends, *inter alia*, that his trial counsel rendered ineffective assistance by eliciting damaging testimony and failing to object to inadmissible testimony at the punishment phase

of trial.

The trial court has determined that trial counsel was ineffective and that such ineffective representation prejudiced applicant. We find, therefore, that applicant is entitled to a new punishment hearing in Cause No. 24,162 from the 217th Judicial District Court of Angelina County.

Relief is granted. The sentence in Cause No. 24,162 from the 217th Judicial District Court of Angelina County is set aside, and Applicant is remanded to the custody of the Sheriff of Angelina County to have a new punishment hearing. Applicant's other grounds are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: MARCH 11, 2009
Do Not Publish